Date: 08/25/09                     DIVIDENDS REMITTED TO THE COURT                     Page:

Case Number 07-14082 - JACOBS, ANGEL LAVERNE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| 148918 US Bank Corp/Retail Payment Solutions<br>PO BOX 5229<br>Cincinnati, Ohio 45201 | 000002 | 343.50 | 2.20 |
| 148919 Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541 | 000003 | 492.46 | 3.16 |
| 148919 Midwest Verizon Wireless<br>404 Brock Dr<br>Bloomington, IL 61701 | 000009 | 667.93 | 4.28 |
| --------- Remittance Total --------- | | 1,503.89 | 9.64 |

LAUREN A. HELBLING, Trustee

COURT1                                                          Printed: 08/25/09 11:33 AM  Ver: 14.31c

07-14082-pmc    Doc 55    FILED 08/25/09    ENTERED 08/25/09 16:23:53    Page 1 of 1